C. M. NUSBAUM, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 7046.   Promulgated February 13, 1928.

*Phil D. Morelock, Esq.*, for the petitioner.
*L. A. Luce, Esq.*, for the respondent.

OPINION.

LANSDON: The only question here is whether the amount paid by the petitioner to Carney was a capital expenditure or an expense in the nature of a fee for professional services. Even if the payment was a fee for services rendered, the respondent maintains that it was not an expense deductible from gross income of the petitioner for the taxable year, but a capital outlay incident to the acquisition of the lease.

Upon authority of many cases already decided by the Board, we must approve the determination of the respondent. *Appeal of Crompton Building Corporation*, 2 B. T. A. 1056; *Appeal of D. N. & E. Walter & Co.*, 4 B. T. A. 142; *Appeal of Lincoln L. McCandless*, 5 B. T. A. 1114.

No evidence relating to the deficiency for 1921 having been presented, the determination of the respondent is approved.

Reviewed by the Board.

*Judgment will be entered for the respondent.*